IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00353-BNB

GLENDA JACKSON,

Applicant,

v.

WARDEN BROADAUS,

Respondent.

---

ORDER OF DISMISSAL

---

Applicant Glenda Jackson is a prisoner in the custody of the Colorado Department of Corrections at the Denver Women's Correctional Facility at Denver, Colorado. Ms. Jackson initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on April 9, 2008, the Court denied Ms. Jackson leave to proceed *in forma pauperis* and directed her to pay the $5.00 filing fee within thirty days if she wished to pursue her claims in this action. Ms. Jackson was warned that the action would be dismissed without further notice if she failed to pay the filing fee within thirty days.

Ms. Jackson has failed to pay the filing fee within the time allowed and she has failed to respond in any way to the Court's April 9 order. Therefore, the action will be dismissed without prejudice for failure to pay the filing fee. Accordingly, it is

ORDERED that the application is denied and the action is dismissed without prejudice for failure to pay the filing fee.

DATED at Denver, Colorado, this 16 day of May, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00353-BNB

Glenda Jackson
Prisoner No. 67291
Denver Women's Correctional Facility
PO Box 392005
Denver, CO 80239

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/19/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk